RENNICK v. WALTON.

A verdict found upon conflicting testimony will not be disturbed by this court.

Appeal from the Circuit Court of Lafayette county.

BURDEN for Appellant

FRENCH & SAWYER for Appellee.

*Opinion of the Court, delivered by Napton, Judge.*

This was an action by petition in debt by William P. Walton against Andrew E. Rennick. Plaintiff obtained a verdict and judgment for nine hundred and sixty-eight dollars and eighty six cents. Plaintiff remitted sixty-five dollars. After verdict, the defendant moved for a new trial, because the court had admitted improper and illegal testi-

A verdict found upon conflicting testimony will not be disturbed by this court.

mony, and because the verdict was against the weight of testimony. It does not appear from the bill of exceptions that the defendant objected to the testimony when it was offered, and a verdict found upon conflicting testimony will not be disturbed by this court.

Judgment affirmed.